IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL GEORGE ROSEN,** | CIV S-08-0284 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICH SUBIA, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a third extension of time to file a response to Petitioner's petition for writ of habeas corpus. Good cause appearing, Respondents' May 15, 2008 request for a thirty-day (30) enlargement of time is granted. Respondents' response to Petitioner's petition for writ of habeas corpus shall be filed no later than June 23, 2008.

DATED: May 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rose0284.111(3)