IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL GEORGE ROSEN,

    Petitioner,               No. CIV S-08-0284 LKK DAD P

    vs.

RICH SUBIA, Warden,

    Respondent.          ORDER

_____/

        Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 16, 2008 motion for an extension of time is granted; and

        2. Petitioner's traverse shall be filed on or before August 3, 2008.

DATED: June 18, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rose0284.111t